**EXHIBIT B**

**Proposed Final Order**

[to come]