**EXHIBIT B**

**Organizational Structure Chart**

GULF COAST
HEALTH CARE
A new generation of care
Holding Companies
Administrative Services Companies
Omega Facilities
BME Facilities
Divested Facilities
Non-Debtor Subsidiary
Operating Portfolio
HUD Facilities……………1,363 beds
Gulf Coast Facilities………1,632 beds
Florida Facilities……………618 beds
Operating Facilities By State
Florida……………………2,433 beds
Mississippi…………………785 beds
Georgia………………………59 beds
Operating Facilities By Landlord
Omega Facilities…………2,944 beds
BME Facilities………………399 beds
Gulf Coast Master Tenant Holdings, LLC (Manager: GCMTH II, LLC)
(100%)
(100%)
(100%)
Gulf Coast Master Tenant I, LLC (Manager: Gulf Coast Master Tenant Holdings, LLC)
Gulf Coast Master Tenant II, LLC (Manager: Gulf Coast Master Tenant Holdings, LLC)
Gulf Coast Master Tenant III, LLC (Manager: Gulf Coast Master Tenant Holdings, LLC)
Pensacola Administrative Holdings, LLC (Manager: PAH II, LLC)
(100%)
Pensacola Administrative Services, LLC (Manager: Pensacola Administrative Holdings, LLC)
Nursing Within Reach, LLC
(100%)
Gulf Coast Health Care, LLC (Manager: Gulf Coast Health Care Holdings, LLC)
(95%)
GCH Management Services, LLC
(5%)
(5%)
(95%)
(5%)
(5%)
(95%)
(95%)
(5%)
HUD Facilities, LLC
Gulf Coast Facilities, LLC
Florida Facilities, LLC
(100%)
(100%)
(100%)
Bay Breeze Senior Living and Rehabilitation Center (FL HUD Baybreeze, LLC) (Member Managed: 120 SNF / 60 ALF Beds)
Bayside Health and Rehabilitation Center (FL HUD Bayside, LLC) (Member Managed: 120 Beds)
Grand Boulevard Health and Rehab Center (FL HUD Destin, LLC) (Member Managed: 97 SNF / 16 ALF Beds)
Margate Health and Rehabilitation Center (FL HUD Margate, LLC) (Member Managed: 170 Beds)
Specialty Health and Rehabilitation Center (FL HUD Pensacola, LLC) (Member Managed: 120 Beds)
Rosewood Healthcare and Rehabilitation Center (FL HUD Rosewood, LLC) (Member Managed: 155 Beds)
Silvercrest Health and Rehabilitation Center (FL HUD Silvercrest, LLC) (Member Managed: 60 Beds)
Boyington Health and Rehabilitation Center (MS HUD Boyington, LLC) (Member Managed: 180 Beds)
Pass Christian Health & Rehabilitation Center (MS HUD Dixie, LLC) (Member Managed: 60 Beds)
Ocean Springs Health and Rehabilitation Center (MS HUD Ocean Springs, LLC) (Member Managed: 115 Beds)
Pine View Health and Rehabilitation Center (MS HUD Pine View, LLC) (Member Managed: 90 Beds)
Brynwood Health and Rehabilitation Center (NF Brynwood, LLC) (Member Managed: 97 Beds)
Chipola Health and Rehabilitation Center (NF Chipola, LLC) (Member Managed: 60 SNF / 76 ALF Beds)
GlenCove Health and Rehabilitation Center (NF Glen Cove, LLC) (Member Managed: 115 Beds)
Seaside Health and Rehabilitation Center (NF Manor, LLC) (Member Managed: 192 Beds)
Panama City Health and Rehabilitation Center (NF Panama, LLC) (Member Managed: 120 Beds)
RiverChase Health and Rehabilitation Center (NF River Chase, LLC) (Member Managed: 120 Beds)
Arcadia Health & Rehabilitation Center (NF Pensacola Manor, LLC) (Member Managed: 150 Beds)
Suwannee Health and Rehabilitation Center (NF Suwannee, LLC) (Member Managed: 180 Beds)
Windsor Health and Rehabilitation Center (NF Windsor, LLC) (Member Managed: 120 Beds)
Viera del Mar Health & Rehabilitation Center (Brevard Oaks Center, LLC) (Member Managed: 131 Beds)
Greenbough Health and Rehabilitation Center (MS Greenbough, LLC) (Member Managed: 66 Beds)
Lakeside Health and Rehabilitation Center (MS Lakeside, LLC) (Member Managed: 120 Beds)
Cobblestone Rehabilitation & Healthcare Center (SC-GA2018 Cobblestone Rehabilitation and Healthcare Center, LLC) (Member Managed: 59 Beds)
Shelby Health and Rehabilitation Center (MS Shelby, LLC) (Member Managed: 60 Beds)
Singing River Health and Rehabilitation Center (MS Singing, LLC) (Member Managed: 160 Beds)
Citronelle Health & Rehabilitation Center (AL Citronelle, LLC) (Member Managed: 69 Beds)
De Luna Health & Rehabilitation Center (NF Nine Mile, LLC) (Member Managed: 90 Beds)
Olive Branch Health and Rehabilitation Center (NF Escambia, LLC) (Member Managed: 90 Beds)
Willow Trace Health & Rehabilitation Center (AL Willow Tree, LLC) (Member Managed: 120 Beds)
Berkshire Manor (SF Berkshire, LLC) (Member Managed: 243 Beds)
Coastal Health & Rehabilitation (MF Halifax, LLC) (Member Managed: 120 Beds)
Boynton Health Care Center (SF Boynton, LLC) (Member Managed: 99 Beds)
Wave Crest Health and Rehabilitation Center (SF Carnegie, LLC) (Member Managed: 138 Beds)
Glen Oaks Health and Rehabilitation Center (SF Glen Oaks, LLC) (Member Managed: 76 Beds)
Oaks of Kissimmee Health and Rehabilitation Center (SF Kissimmee, LLC) (Member Managed: 59 Beds)
Parkside Health and Rehabilitation Center (MF Oakwood, LLC) (Member Managed: 122 Beds)
Southern Lifestyle Senior Living Center (SF Lake Placid ALF, LLC) (Member Managed: 97 Beds)
Lake Placid Health and Rehabilitation Center (SF Lake Placid, LLC) (Member Managed: 180 Beds)
Oakbrook Health and Rehabilitation Center (SF Oakbrook, LLC) (Member Managed: 93 Beds)
Acentia Health & Rehabilitation Center of Tampa (SF Tampa, LLC) (Member Managed: 266 Beds)
The Rehabilitation Center of Winter Park (MF Winter Park, LLC) (Member Managed: 180 Beds)
Royal Palm Beach Health and Rehabilitation Center (SF Royal Manor, LLC) (Member Managed: 120 Beds)
Salerno Bay Health and Rehabilitation Center (SF Salerno, LLC) Member Managed: 120 Beds)
Flagler Health and Rehabilitation Center (MF Flagler, LLC) (Member Managed: 120 Beds)
Debary Health and Rehabilitation Center (MF Debary, LLC) (Member Managed: 120 Beds)
Lake Eustis Health and Rehabilitation Center (MF Lake Eustis, LLC) (Member Managed: 90 Beds)
The Rehabilitation Center of Lake City (SF Brevard, LLC) (Member Managed: 113 Beds)
Longwood Health and Rehabilitation Center (MF Longwood, LLC) (Member Managed: 120 Beds)
Heritage Park Health and Rehabilitation Center (MF Heritage, LLC) (Member Managed: 120 Beds)
Fountainhead Care Center (SF Fountainhead, LLC) (Member Managed: 146 Beds)

