## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GULF COAST HEALTH CARE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11336 (KBO)<br><br>Jointly Administered<br><br>**Related to Docket No. 14** |

**CERTIFICATION OF COUNSEL REGARDING REVISED INTERIM ORDER (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

The undersigned, proposed counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby certifies as follows:

1. On October 14, 2021, the Debtors filed the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 14] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. On October 15, 2021, the Court conducted a hearing (the "**First Day Hearing**") to consider, among other things, approval of the Motion on an interim basis and entry of an order

---

[1] The last four digits of Gulf Coast Health Care, LLC's federal tax identification number are 9281. There are 62 Debtors in these chapter 11 cases, which cases are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/GulfCoastHealthCare. The location of Gulf Coast Health Care, LLC's corporate headquarters and the Debtors' service address is 40 South Palafox Place, Suite 400, Pensacola, FL 32502.

DM_US 182841776-1.114116.0011

granting the relief requested in the Motion on an interim basis (the "**Proposed Interim Order**"), which order was filed as an exhibit to the Motion.

3. At the First Day Hearing, the Court heard argument on the Motion by various parties, including proposed counsel to the Debtors, counsel to OHI Asset Funding (DE), LLC, counsel to New Ark Capital, LLC, and counsel for the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), and made certain rulings. The Court requested that the Debtors revise the Proposed Interim Order to reflect the Court's rulings.

4. The form of order attached hereto as **Exhibit A** (the "**Revised Proposed Interim Order**") reflects the Court's rulings with respect to the Proposed Interim Order. Counsel to OHI Asset Funding (DE), LLC, counsel to New Ark Capital, LLC, and counsel to the U.S. Trustee have reviewed the Revised Proposed Interim Order, and have agreed to entry of the revised form of order. Moreover, the revised order has been circulated to counsel to the U.S. Department of Justice, and counsel has confirmed that the new provision in paragraph 46 regarding Medicare and Medicaid is acceptable. A blackline version of the Revised Proposed Interim Order reflecting these revisions is attached hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Interim Order attached hereto as **Exhibit A** at the convenience of the Court.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 18, 2021 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:         dhurst@mwe.com<br><br>- and -<br><br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>Telephone:  (312) 372-2000<br>Facsimile:   (312) 984-7700<br>Email:         dmsimon@mwe.com<br>                     ekeil@mwe.com<br><br>*Proposed Counsel for Debtors and Debtors-in-Possession* |