# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| Gulf Coast Health Care, LLC, *et al.*, | ) |
| | ) Case No. 21-11336 (KBO) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Omnicare, Inc. ("Omnicare"), creditor and party-in-interest in the above-captioned cases, hereby appears by its counsel, Cooch and Taylor, P.A. and Foley & Lardner, LLP, and pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. L.R. 2002-1, and Section 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that the following names and addresses be added to the mailing list maintained by the Clerk of Court and Debtors' counsel in these cases and further demands that all notices given or required to be given in this case and all papers served or required to be served in these cases by all counsel, parties-in-interest, and this Court be given to and served upon the following counsel:

| | |
|---|---|
| R. Grant Dick IV, Esq | Geoffrey S. Goodman, Esq. |
| Cooch and Taylor, P.A | Foley & Lardner, LLP |
| The Nemours Building | 321 N. Clark St., Ste. 3000 |
| 1007 N. Orange St., Suite 1120 | Chicago, IL 60654-4762 |
| Wilmington, DE 19801 | Telephone: (312) 832-4514 |
| Telephone: 302-984-3867 | Email:  GGoodman@foley.com |
| gdick@coochtaylor.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, facsimile, e-mail or

00629205

otherwise, which affects any of the Debtors or property of the Debtors or the rights of creditors and parties-in-interest.

**PLEASE TAKE FURTHER NOTICE** that Omnicare does not intend that this Notice of Appearance and Request for Service of Papers or any later appearance or pleading be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs, or recoupments to which Omnicare is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Omnicare expressly reserves.

Dated:  October 19, 2021

**COOCH AND TAYLOR, P.A.**

*/s/ R. Grant Dick IV*
R. Grant Dick IV (No. 5123)
1007 N. Orange Street, Suite 1120
Wilmington, DE  19801
Telephone:  (302) 984-3800
Facsimile:  (302) 984-3989
Email:  gdick@coochtaylor.com

-and-

**FOLEY & LARDNER, LLP**
Geoffrey S. Goodman, Esq.
321 N. Clark St., Ste. 3000
Chicago, IL 60654-4762
Telephone: (312) 832-4514
Email:  GGoodman@foley.com

*Counsel for Omnicare, Inc*