IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Gulf Coast Health Care, LLC, *et al.,* ) | |
| ) | Case No. 21-11336 (KBO) |
| Debtors. ) | (Jointly Administered) |
| ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Geoffrey S. Goodman, Esquire of Foley & Lardner, LLP to represent Omnicare, Inc. in the above-captioned cases.

Dated: October 19, 2021                COOCH AND TAYLOR, P.A.

*/s/ R. Grant Dick IV*
R. Grant Dick IV (No. 5123)
1007 N. Orange Street, Suite 1120
Wilmington, DE  19801
Telephone:  (302) 984-3800
Facsimile:  (302) 984-3989
Email:  gdick@coochtaylor.com

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and Maryland and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 19, 2021                FOLEY & LARDNER, LLP

*/s/ Geoffrey S. Goodman*
Geoffrey S. Goodman, Esq.
321 N. Clark St., Ste. 3000
Chicago, IL 60654-4762
Telephone: (312) 832-4514
Email:  GGoodman@foley.com
*Counsel for Omnicare, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: October 20th, 2021**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**