IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GULF COAST HEALTH CARE, LLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 21-11336 (KBO)<br>)<br>) Jointly Administered<br>)<br>) **Obj. Deadline: 11/5/21 at 4:00 p.m. (ET)**<br>) **Hrg. Date: 11/12/21 at 10:00 a.m. (ET)** |

NOTICE OF HEARING ON MOTION OF DEBTORS FOR ENTRY
OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a),
501, 502, 503, AND 1111(a), BANKRUPTCY RULES 2002 AND 3003(c)(3),
AND LOCAL RULES 1009-2 AND 2002-1(e) (I) ESTABLISHING BAR
DATES FOR FILING CLAIMS AGAINST THE DEBTORS AND
(II) APPROVING FORM AND MANNER OF NOTICE THEREOF

TO:   (a) the United States Trustee for the District of Delaware; (b) the holders of the forty largest unsecured claims against the Debtors (on a consolidated basis); (c) counsel for the Omega Entities; (d) counsel for New Ark Capital, LLC; (e) counsel for Barrow Street Capital LLC and its affiliates; (f) counsel for Eagle Arc Partners LLC (f/k/a BM Eagle Holdings); (g) the United States Attorney for the District of Delaware; (h) the Interim Revenue Service; (i) the Securities and Exchange Commission; (j) the Centers for Medicare and Medicaid Services; and (k) all parties entitled to notice pursuant to Local Rule 2002-1(b).

**PLEASE TAKE NOTICE** that, on October 22, 2021, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed *Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105(a), 501, 502, 503, and 1111(a), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 1009-2 and 2002-1(e) (I) Establishing Bar Dates for Filing Claims Against the Debtors and (II) Approving Form and Manner of Notice Thereof* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Motion must be in writing, filed with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon (a) Gulf Coast Health Care, LLC, c/o Ankura Consulting Group, LLC, 485 Lexington Avenue, 10th Floor, New York, NY 10017 (Attn: M. Benjamin Jones); (b) proposed counsel to the Debtors, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000,

---

[1]   The last four digits of Gulf Coast Health Care, LLC's federal tax identification number are 9281. There are 62 Debtors in these chapter 11 cases, which cases are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/GulfCoastHealthCare. The location of Gulf Coast Health Care, LLC's corporate headquarters and the Debtors' service address is 40 South Palafox Place, Suite 400, Pensacola, FL 32502.

Chicago, IL 60606 (Attn: Daniel M. Simon and Emily C. Keil), <u>and</u> 1007 North Orange Street, 10th Floor, Wilmington, DE 19801 (Attn: David R. Hurst); (c) counsel for the Omega Entities, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Robert Lemons), <u>and</u> Ferguson Braswell Fraser Kubasta PC, 2500 Dallas Parkway, Suite 600, Plano, TX 75093 (Attn: Leighton Aiken) <u>and</u> Morris Nichols Arsht & Tunnell, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899 (Attn: Eric D. Schwartz); (d) counsel for New Ark Capital, LLC, DLA Piper LLP (US), 1900 N. Pearl Street, Suite 2200, Dallas, TX 75201 (Attn: James Muenker); (e) counsel for Barrow Street Capital, LLC and its affiliates, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kelley Cornish and Alice Eaton); and (f) counsel for Eagle Arc Partners LLC (f/k/a BM Eagle Holdings), Arent Fox LLP, 1301 Avenue of the Americas, 42nd Floor, New York, NY 10019 (Attn: George Angelich and Michael Blass), <u>and</u> Fenigstein & Kaufman, APC, 1900 Avenue of the Stars, Suite 2300, Los Angeles, CA 90067 (Attn: S. Jack Fenigstein), so that it is received on or before **November 5, 2021 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, will be held on **November 12, 2021 at 10:00 a.m (ET)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

*[Remainder of Page Intentionally Left Blank]*

Dated: Wilmington, Delaware  
      October 22, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*  
David R. Hurst (I.D. No. 3743)  
1007 North Orange Street, 10th Floor  
Wilmington, Delaware 19801  
Telephone:   (302) 485-3900  
Facsimile:   (302) 351-8711  
Email:   dhurst@mwe.com

- and -

Daniel M. Simon (admitted *pro hac vice*)  
Emily C. Keil (admitted *pro hac vice*)  
444 West Lake Street, Suite 4000  
Chicago, Illinois 60606  
Telephone:   (312) 372-2000  
Facsimile:   (312) 984-7700  
Email:   dmsimon@mwe.com  
        ekeil@mwe.com

*Proposed Counsel for Debtors and Debtors-in-Possession*