# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| **GULF COAST HEALTH CARE, LLC,** et al., | ) ) ) | Case No. 21-11336 (KBO) |
| Debtors. | ) ) ) ) ) ) ) | Jointly Administered |
| **DELTA HEALTH GROUP, LLC, CORDOVA REHAB, LLC,** and **PENSACOLA HEALTH TRUST, LLC,** | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Adversary No. 22-50061 (KBO) |
| v. | ) ) | |
| **GULF COAST HEALTH CARE, LLC, PENSACOLA ADMINISTRATIVE SERVICES, LLC, GULF COAST MASTER TENANT I, LLC, GULF COAST MASTER TENANT II, LLC, HUD FACILITIES, LLC, GULF COAST FACILITIES, LLC, FLORIDA FACILITIES, LLC, CSE PINE VIEW LLC, CARNEGIE GARDENS LLC, GREENBOUGH, LLC SUWANEE, LLC, SKYLER MAITLAND LLC, PANAMA CITY NURSING CENTER LLC, CSE MARIANNA HOLDINGS, LLC, DIXIE WHITE HOUSE NURSING HOME, LLC, OCEAN SPRINGS NURSING HOME, LLC, SKYLER BOYINGTON, LLC, SKYLER FLORIDA, LLC, PENSACOLA REAL-ESTATE HOLDINGS, I, LLC, PENSACOLA REAL-ESTATE HOLDINGS II, LLC, PENSACOLA REAL-ESTATE HOLDINGS III, LLC, PENSACOLA REAL-ESTATE HOLDINGS IV, LLC, PENSACOLA REAL-ESTATE HOLDINGS V, LLC, SKYLER PENSACOLA, LLC, OHI ASSET (FL) LAKE PLACID, LLC, OHI ASSET (FL) EUSTIS, LLC,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| **OHI ASSET (FL) PENSACOLA-HILLVIEW, LLC, OHI ASSET (FL) PENSACOLA, LLC, OHI ASSET (FL) MELBOURNE, LLC, OHI ASSET (FL) PENSACOLA—NINE MILE, LLC, and OHI ASSET (FL) LAKE CITY, LLC,** | ) ) ) ) ) ) ) |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 18, 2022 AT 10:00 A.M. (EASTERN TIME)
<u>BEFORE THE HONORABLE KAREN B. OWENS</u>**

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY
> BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER AT
> LEAST 2 HOURS IN ADVANCE.**
>
> **COURT CALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER
> IN ADVANCE FOR THE HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItc-uvqzgpH_OTwCE0gc7FHMNwoh4PmL8
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
> CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**<u>MATTER WITH ORDER ENTERED</u>**

1. Gordon Food Service, Inc.'s Motion for Order Requiring Immediate Payment of PACA Claim (Filed 3/3/22) [Docket No. 920]

   Related Documents:

   (a) Certificate of No Objection Regarding Docket No. 920 (Filed 3/28/22) [Docket No. 1067]

   (b) Order Granting Gordon Food Service, Inc.'s Motion for Order Requiring Immediate Payment of PACA Claim (Filed 3/29/22) [Docket No. 1073]

   Responses Received: None.

   Objection Deadline: March 24, 2022 at 4:00 p.m. (ET)

   <u>Status</u>: This matter will not be going forward. The Court has entered an order granting the Motion.

**ADVERSARY PROCEEDING**

2. Omega Landlords' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment (Filed 3/22/22) [Adv. Case No. 22-50061; Adv. Docket No. 38]

   Related Documents:

   (a) Order Approving Stipulation Regarding Scheduling in Connection with Adversary Proceeding (Filed 3/2/22) [Adv. Case No. 22-50061; Adv. Docket No. 13]

   (b) Order Approving Stipulation Regarding Amended Scheduling in Connection with Adversary Proceeding (Filed 3/17/22) [Adv. Case No. 22-50061; Adv. Docket No. 26]

   (c) Declaration of Stephen J. Humeniuk, Esq. in Support of Plaintiffs' Opposition to Omega Landlords' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment (Filed 4/1/22) [Adv. Case No. 22-50061; Adv. Docket No. 55] (Filed Under Seal)

   (d) Notice of Filing of Unredacted Copies of (I) Plaintiffs' Opposition to Omega Landlords' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment and (II) Declaration of Stephen J. Humeniuk, Esq. in Support of Plaintiffs' Opposition to Omega Landlords' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment (Filed 4/6/22) [Adv. Case No. 22-50061; Adv. Docket No. 64]

   (e) Notice of Completion of Briefing (Filed 4/11/22) [Adv. Case No. 22-50061; Adv. Docket No. 70]

   Responses Received:

   (a) Debtors' Joinder and Statement in Support of Dispositive Motion of Omega Landlords (Filed 3/22/22) [Adv. Case No. 22-50061; Adv. Docket No. 39]

   (b) Plaintiffs' Opposition to Omega Landlords' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment (Filed 4/1/22) [Adv. Case No. 22-50061; Adv. Docket No. 54] (Filed Under Seal)

   (c) Omega Landlord's Reply in Support of Their Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment (Filed 4/8/22) [Adv. Case No. 22-50061; Adv. Docket No. 67]

   Objection Deadline: April 1, 2022

   Status: This matter will be going forward.

3. Plaintiffs' Motion for Summary Judgment (Filed 3/22/22) [Adv. Case No. 22-50061; Adv. Docket No. 40]

   Related Documents:

   (a) Order Approving Stipulation Regarding Scheduling in Connection with Adversary Proceeding (Filed 3/2/22) [Adv. Case No. 22-50061; Adv. Docket No. 13]

   (b) Order Approving Stipulation Regarding Amended Scheduling in Connection with Adversary Proceeding (Filed 3/17/22) [Adv. Case No. 22-50061; Adv. Docket No. 26]

   (c) Plaintiffs' Memorandum in Support of Motion for Summary Judgment (Filed 3/22/22) [Adv. Case No. 22-50061; Adv. Docket No. 41]

   (d) Joint Appendix (Filed 3/28/22) [Adv. Case No. 22-50061; Adv. Docket No. 47]

   (e) Stipulation Concerning Joint Appendix (Filed 3/28/22) [Adv. Case No. 22-50061; Adv. Docket No. 48]

   (f) Notice of Completion of Briefing (Filed 4/11/22) [Adv. Case No. 22-50061; Adv. Docket No. 70]

   Responses Received:

   (a) Omega Landlords' Response to Plaintiffs' Motion for Summary Judgment (Filed 4/1/22) [Adv. Case No. 22-50061; Adv. Docket No. 53]

   (b) Plaintiffs' Reply in Further Support of Motion for Summary Judgment (Filed 4/8/22) [Adv. Case No. 22-50061; Adv. Docket No. 68]

   Objection Deadline: April 1, 2022

   Status: This matter will be going forward.

4. New Ark Capital, LLC's Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment (Filed 3/28/22) [Adv. Case No. 22-50061; Adv. Docket No. 49]

   Related Documents:

   (a) Order Approving Stipulation (I) Resolving New Ark Capital, LLC's Motion to Intervene and (II) Amending Agreed Scheduling Order (Filed 3/14/22) [Adv. Case No. 22-50061; Adv. Docket No. 21]

   (b) Joint Appendix (Filed 3/28/22) [Adv. Case No. 22-50061; Adv. Docket No. 47]

(c) Stipulation Concerning Joint Appendix (Filed 3/28/22) [Adv. Case No. 22-50061; Adv. Docket No. 48]

(d) New Ark Capital, LLC's Objections to Summary Judgment Evidence (Filed 4/4/22) [Adv. Case No. 22-50061; Adv. Docket No. 62]

(e) Plaintiffs' Response to New Ark Capital, LLC's Objections to Summary Judgment Evidence (Filed 4/8/22) [Adv. Case No. 22-50061; Adv. Docket No. 66]

(f) Notice of Completion of Briefing (Filed 4/11/22) [Adv. Case No. 22-50061; Adv. Docket No. 70]

Responses Received:

(a) Debtors' Joinder to New Ark Captial, LLC's Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment (Filed 3/28/22) [Adv. Case No. 22-50061; Adv. Docket No. 50]

(b) Plaintiffs' Opposition to New Ark Capital, LLC's Motion for Judgment on the Pleadings, or, in the Alternative, Motion for Summary Judgment (Filed 4/4/22) [Adv. Case No. 22-50061; Adv. Docket No. 60]

(c) New Ark Capital, LLC's Reply in Support of its Motion for Summary Judgment (Filed 4/8/22) [Adv. Case No. 22-50061; Adv. Docket No. 69]

Objection Deadline: April 4, 2022

Status: This matter will be going forward.

5. Plaintiffs' Motion for Summary Judgment (Filed 3/28/22) [Adv. Case No. 22-50061; Adv. Docket No. 51]

Related Documents:

(a) Order Approving Stipulation (I) Resolving New Ark Capital, LLC's Motion to Intervene and (II) Amending Agreed Scheduling Order (Filed 3/14/22) [Adv. Case No. 22-50061; Adv. Docket No. 21]

(b) Plaintiffs' Memorandum in Support of Motion for Summary Judgment (Filed 3/28/22) [Adv. Case No. 22-50061; Adv. Docket No. 52]

(c) New Ark Capital, LLC's Objections to Summary Judgment Evidence (Filed 4/4/22) [Adv. Case No. 22-50061; Adv. Docket No. 62]

(d) Plaintiffs' Response to New Ark Capital, LLC's Objections to Summary Judgment Evidence (Filed 4/8/22) [Adv. Case No. 22-50061; Adv. Docket No. 66]

(e) Notice of Completion of Briefing (Filed 4/11/22) [Adv. Case No. 22-50061; Adv. Docket No. 70]

Responses Received:

(a) New Ark Capital, LLC's Response to Plaintiffs' Motion for Summary Judgment (Filed 4/4/22) [Adv. Case No. 22-50061; Adv. Docket No. 61]

(b) Plaintiffs' Reply in Further Support of Motion for Summary Judgment (Filed 4/8/22) [Adv. Case No. 22-50061; Adv. Docket No. 65]

Objection Deadline: April 4, 2022

Status: This matter will be going forward.

Dated: Wilmington, Delaware
April 13, 2022

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: dhurst@mwe.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: dmsimon@mwe.com
ekeil@mwe.com

*Counsel for Debtors and Debtors-in-Possession*