# **EXHIBIT A**

The Florida Plaintiffs

# CHART LISTING THOSE CERTAIN "FLORIDA PLAINTIFFS"

| Case Name | Plaintiff Name |
| --- | --- |
| Eskew, Paul (deceased) vs. Lake Placid Health and Rehabilitation Center | Estate of Paul Eskew, Jr. |
| Santiago, Sandra (deceased) vs Margate Health and Rehabilitation Center | Estate of Sandra Santiago |
| Weber, Dorothy (deceased) vs. Boynton Health Care Center | Estate of Dorothy Weber |
| Gordon, Michael vs. Windsor Health and Rehabilitation Center | Michael Gordon, Joan Graham |
| Johnson, Harry Jr. (deceased) vs. Flagler Health and Rehabilitation Center | Estate of Harry Johnson, Jr. |
| Colvin, Sandra vs. Bayside Health & Rehabilitation Center | Tiffany Colvin, Sandra Colvin |
| Johnson, James Thurman (deceased) vs Bayside Health and Rehabilitation and Center | Estate of James Johnson |
| Stansel, Hazel (Deceased) vs. Suwannee Health & Rehab Center | Estate of Hazel Stansel |
| Tollinchi, Carmen (deceased) vs. Longwood Health and Rehabilitation Center | Estate of Carmen Tollinchi |
| Barrow, Kenneth (Deceased) vs. Bay Breeze Senior Living and Rehabilitation Center | Estate of Kenneth Barrow |
| Behrend, Herbert Donald (deceased) vs. Rosewood Health and Rehabilitation Center | Estate of Herbert Donald Behrend |
| DeLeeuw, Deborah (deceased) vs. Glen Oaks Health and Rehabilitation Center | Estate of Deborah DeLeeuw |
| Douglas, Anne F. vs. Wave Crest Nursing & Rehab | Vincent Scotti Jr. |
| Gramling, John vs. Suwannee Health & Rehab Center | John Gramling, Deborah Osman |
| Lanier, Calvin (Deceased) v. Riverchase Health and Rehabilitation Center | Estate of Calvin Lanier |
| Register, Earlene Ruth (deceased) vs. Longwood Health and Rehabilitation Center | Estate of Earlene Ruth Register |
| Risner, Judith (deceased) vs. The Rehabilitation Center of Lake City | Estate of Judith Risner |
| Robinson, Ollie (deceased) vs. Specialty Health and Rehabilitation Center | Estate of Ollie Robinson |
| Smart, Henry Sr. vs. Suwannee Health and Rehabilitation Center | Barbara Smart, Henry Smart Jr. |
| Smart, Henry Sr. vs. The Rehabilitation Center of Lake City | Barbara Smart, Henry Smart Jr. |
| Turner, Carolyn (deceased) vs. The Rehabilitation Center of Winter Park | Estate of Carolyn Turner |
| Vazquez, Mirna vs. Cobblestone Rehabilitation and Healthcare Center | Michael Montalvo, Mirna Vazquez |
| Wery, Eric (deceased) vs. The Rehabilitation Center of Lake City | Estate of Eric Wery |
| Bressan, Yolen Ramon vs. Coastal Health and Rehabilitation Center | Yolen Bressan |

| | |
|---|---|
| Clark, Janie vs. Brynwood Health and Rehabilitation Center | Janie Clark, Annette Evans |
| Dunn, Alverda (deceased) vs. Oaks of Kissimmee Health and Rehabilitation Center | Estate of Alverda Dunn |
| Miller, Patricia (deceased) vs. Seaside Health and Rehabilitation Center | Estate of Patricia Miller |
| Norman, Henry (deceased) vs Rosewood Healthcare and Rehabilitation Center | Henry Norman Jr. |
| Schubert, Barbara vs. Boynton Health Care Center | Barbara Schubert, Gary Schubert |
| Tolbert, Virginia Ann vs Olive Branch Health and Rehab Center | Virginia Ann Tolbert, Teddie Lamar Tolbert |
| Morris, Sadie Mae (deceased) vs Lake Placid Health and Rehabilitation Center | Estate of Sadie Mae Morris |
| Kelly, II, James E. (deceased) vs Heritage Park Health and Rehabilitation Center | Estate of James E. Kelly II |
| Roberson, Jr., William Dewitt (deceased) vs Rehabilitation Center of Lake City, The | Estate of William Dewitt Roberson, Jr. |
| McCown, Stephen Brown (deceased) vs Silvercrest Health and Rehabilitation Center | Estate of Stephen Brown McCown |
| Hartman, Gerald W. (deceased) vs Heritage Park Health and Rehabilitation Center | Estate of Gerald W. Hartman |
| Hall, Grace Alina (deceased) vs Coastal Health and Rehabilitation Center | Estate of Grace Alina Hall |
| Fields, Rosa vs Heritage Park Care and Rehabilitation Center | Rosa Fields, Kevin Fields |
| Booth, Wanda Faye (deceased) vs Parkside Health and Rehabilitation Center | Estate of Wanda Faye Booth |