# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GULF COAST HEALTH CARE, LLC, *et al.*,[1] | Case No. 21-11336 (KBO) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 27, 2022 AT 9:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER AT LEAST 2 HOURS IN ADVANCE.**

**COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItc-uhpjIsHzuEocmdhe9p4bLgpCpNrJ0

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

## MATTER GOING FORWARD

1. Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed March 7, 2022) [Docket No. 934]

---

[1] The last four digits of Gulf Coast Health Care, LLC's federal tax identification number are 9281. There are 62 Debtors in these chapter 11 cases, which cases are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/GulfCoastHealthCare. The location of Gulf Coast Health Care, LLC's corporate headquarters and the Debtors' service address is 40 South Palafox Place, Suite 400, Pensacola, FL 32502.

Related Documents:

(a)    Debtors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 10/28/21) [Docket No. 124]

(b)    Disclosure Statement with Respect to the Debtors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 10/28/21) [Docket No. 129]

(c)    Notice of Filing of Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 3/1/22) [Docket No. 898]

(d)    Notice of Filing of Disclosure Statement with Respect to the Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 3/1/22) [Docket No. 899]

(e)    Order (A) Approving Disclosure Statement; (B) Scheduling Hearing on Confirmation of Plan; (C) Establishing Deadlines and Procedures for (I) Filing Objections to Confirmation of Plan, (II) Claim Objections, and (III) Temporary Allowance of Claims for Voting Purposes; (D) Determining Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Notice, Voting, and Distribution Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages and Procedures for Distribution, (II) Form of Notice of Hearing on Confirmation and Related Matters, and (III) Forms of Ballots; (G) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (H) Granting Related Relief (Filed 3/4/22) [Docket No. 929]

(f)    Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 3/7/22) [Docket No. 934]

(g)    Disclosure Statement with Respect to the Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 3/7/22) [Docket No. 935]

(h)    Notice of (A) Confirmation Hearing with Respect to the Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code; and (B) Related Objection Deadline (Filed 3/7/22) [Docket No. 936]

(i)    Notice of Filing of Revisions to Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 3/7/22) [Docket No. 937]

(j)    Notice of Filing of Revisions to Disclosure Statement with Respect to the Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 3/7/22) [Docket No. 938]

(k)    Verification of Publication (Filed 3/9/22) [Docket No. 950]

(l) Notice of Filing of Plan Supplement with Respect to the Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 4/1/22) [Docket No. 1085]

(m) Order Approving Stipulation Regarding Scheduling in Connection with Plan Confirmation (Filed 4/4/22) [Docket No. 1088]

(n) Notice of Identification of Witnesses in Connection with the Hearing on Plan Confirmation Scheduled for April 19, 2022 (Filed 4/6/22) [Docket No. 1094]

(o) Florida Plaintiffs' Submission of Initial Trial Witness List (Filed 4/6/22) [Docket No. 1095]

(p) Declaration of Stephen J. Humeniuk, Esq. in Support of Delta Health Noteholders' Objection to Debtors' Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code, as Revised on March 7, 2022 (Filed 4/8/22) [Docket No. 1101]

(q) Declaration of Stephenie Kjontvedt on Behalf of Epiq Corporate Restructuring, LLC, Regarding Voting and Tabulation of Ballots Cast on the Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 4/13/22) [Docket No. 1126] (the "**Kjontvedt Declaration**")

(r) Declaration of Scott D. Vogel, Independent Manager of Gulf Coast Health Care, LLC, Pensacola Administrative Holdings, LLC, and Gulf Coast Master Tenant Holdings, LLC, in Support of Confirmation of the Debtors' Modified First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 4/13/22) [Docket No. 1130] (the "**Vogel Declaration**")

(s) Declaration of Nicholas Chermayeff in Support of Confirmation of the Debtors' Modified First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 4/13/22) [Docket No. 1131] (the "**Chermayeff Declaration**")

(t) Declaration of M. Benjamin Jones, Chief Restructuring Officer of Gulf Coast Health Care, LLC, in Support of Confirmation of the Debtors' Modified First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 4/13/22) [Docket No. 1132] (the "**Jones Declaration**")

(u) Notice of Filing of Non-Material Modifications to First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 4/14/22) [Docket No. 1133]

(v) Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Modified First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 4/14/22) [Docket No. 1134]

(w) Debtors' (I) Memorandum of Law in Support of Confirmation of the Debtors' Modified First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code and (II) Omnibus Reply to Objections to Confirmation (Filed 4/14/22) [Docket No. 1135]

(x) Motion of Debtors for Leave to Exceed Page Limit with Respect to the (I) Memorandum of Law in Support of Confirmation of the Debtors' Modified First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code and (II) Omnibus Reply to Objections to Confirmation (Filed 4/14/22) [Docket No. 1136]

(y) Order Granting Motion of Debtors for Leave to Exceed Page Limit with Respect to the (I) Memorandum of Law in Support of Confirmation of the Debtors' Modified First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code and (II) Omnibus Reply to Objections to Confirmation (Filed 4/14/22) [Docket No. 1140]

(z) Omega Landlords' Exhibit and Witness List for the Omnibus Hearing on April 19, 2022 at 10:00 a.m. (Eastern Time) (Filed 4/14/22) [Docket No. 1142]

(aa) Barrow Street Capital LLC's Exhibit List for April 19, 2022 Hearing (Filed 4/14/22) [Docket No. 1143]

(bb) Debtors' Exhibits for April 19, 2022 Confirmation Hearing (Filed 4/14/22) [Docket No. 1144]

(cc) Exhibit List of Delta Health Noteholders for Hearing to Consider Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 4/14/22) [Docket No. 1145]

(dd) New Ark Capital, LLC's Witness and Exhibit List (Filed 4/14/22) [Docket No. 1148]

(ee) Objection of the Florida Plaintiffs to the Declaration of Scott D. Vogel (Filed 4/17/22) [Docket No. 1150]

(ff) Objection of the Florida Plaintiffs to the Declaration of Nicholas Chermayeff (Filed 4/17/22) [Docket No. 1151]

(gg) Objection of the Florida Plaintiffs to the Declaration of M. Benjamin Jones (Filed 4/17/22) [Docket No. 1152]

(hh) Delta Health Noteholders' Objections to Witness Declarations Offered in Support of Confirmation of the Debtors' First Amended Joint Plan of Liquidation (Filed 4/17/22) [Docket No. 1153]

(ii) Certain Plaintiffs-Creditors' Objections to the Declarations of Scott D. Vogel, Nicholas Chermayeff, and M. Benjamin Jones (Filed 4/17/22) [Docket No. 1154]

(jj) The Florida Plaintiffs' Exhibit List for the Confirmation Hearing on April 19, 2022 at 10:00 a.m. (ET) (Filed 4/18/22) [Docket No. 1156]

(kk) Notice of Plaintiff-Creditors' Exhibit List for Gulf Coast Health Care Confirmation Hearing (Filed 4/18/22) [Docket No. 1157]

(ll) The Florida Plaintiffs' Amended Exhibit List for the Confirmation Hearing on April 19, 2022 at 10:00 a.m. (ET) (Filed 4/18/22) [Docket No. 1159]

(mm) Notice of Change of Hearing Time for April 19, 2022 Confirmation Hearing (Filed 4/18/22) [Docket No. 1160]

(nn) Notice of Withdrawal filed by Delta Health Noteholders (Filed 4/18/22) [Docket No. 1161]

(oo) Notice of Plaintiff-Creditors' Amended Exhibit List for Gulf Coast Health Care Confirmation Hearing (Filed 4/18/22) [Docket No. 1162]

(pp) Notice of Debtors' Amended Exhibit List for April 27, 2022 Confirmation Hearing (Filed 4/25/22) [Docket No. 1193]

Responses Received:

(a) Limited Objection to Confirmation of Debtors' First Amended Joint Plan of Liquidation filed by Suzanne Rosado, as Anticipated Personal Representative of the Estate of Kathleen Valdez and Cleveland Dixon, as Personal Representative of the Estate of Lois Dixon (Filed 4/8/22) [Docket No. 1096]

(b) U.S. Trustee's Objection to Confirmation of the Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 4/8/22) [Docket No. 1097]

(c) United States' Objection to Confirmation of the Debtors' First Amended Joint Plan of Liquidation (Filed 4/8/22) [Docket No. 1099]

(d) Delta Health Noteholders' Objection to Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code, as Revised on March 7, 2022 (Filed 4/8/22) [Docket No. 1100]

(e) Objections of Certain Plaintiff-Creditors to the Debtors' Proposed Joint Amended Plan of Liquidation and Joinder in Objections to the Proposed Plan by the United States Trustee and by the Florida Plaintiffs (Filed 4/8/22) [Docket No. 1103]

(f) Objection of the Florida Plaintiffs to Confirmation of the Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 4/8/22) [Docket No. 1104]

(g) Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed 4/15/22) [Docket No. 1149]

Objection Deadline: April 8, 2022 at 4:00 p.m. (ET)

Witness Information:

(a) M. Benjamin Jones, the Debtors' Chief Restructuring Officer. Mr. Jones' initial direct testimony has been presented by the Debtors through the Jones Declaration; Mr. Jones will provide additional direct testimony at the hearing, and the Debtors anticipate that he will be cross examined by parties filing objections to confirmation. Mr. Jones will be testifying from his home in Pinehurst, North Carolina, and will be alone in the room when testifying. During his testimony, Mr. Jones will have access to the Jones Declaration and the exhibits identified on the exhibit lists submitted by the Debtors (Docket No. 1193), the Florida Plaintiffs (Docket No. 1159), and the Plaintiff-Creditors (Docket No. 1162).

(b) Scott D. Vogel, the Debtors' independent manager. Mr. Vogel's direct testimony has been presented by the Debtors through the Vogel Declaration; Mr. Vogel will provide additional direct testimony at the hearing, and the Debtors anticipate that he will be cross examined by parties filing objections to confirmation. Mr. Vogel will be testifying from his home in New York, NY, and will be alone in the room when testifying. During his testimony, Mr. Vogel will have access to the Vogel Declaration and the exhibits identified on the exhibit lists submitted by the Debtors (Docket No. 1193), the Florida Plaintiffs (Docket No. 1159), and the Plaintiff-Creditors (Docket No. 1162).

(c) Nicholas Chermayeff, Barrow Street Capital LLC, one of the Debtors' equity sponsors. Mr. Chermayeff's direct testimony has been presented by Barrow Street through the Chermayeff Declaration; Mr. Chermayeff will be available for cross examination at the hearing, and it is anticipated that he will be cross examined by parties filing objections to confirmation. Mr. Chermayeff will be testifying from the offices of Paul, Weiss, Rifkind, Wharton & Garrison LLP in New York, NY, and will be alone in the room when testifying. During his testimony, Mr. Chermayeff will have access to the Chermayeff Declaration and the exhibits identified on the exhibit lists submitted by the Debtors (Docket No. 1193), the Florida Plaintiffs (Docket No. 1159), and the Plaintiff-Creditors (Docket No. 1162).

Status: This matter will be going forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: Wilmington, Delaware<br>April 25, 2022 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: dhurst@mwe.com<br><br>- and -<br><br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606<br>Telephone: (312) 372-2000<br>Facsimile: (312) 984-7700<br>Email: dmsimon@mwe.com<br>ekeil@mwe.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |