

P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

R. Stephen McNeill
Counsel
Attorney at Law
rmcneill@potteranderson.com
302 984-6171 Direct Phone

May 4, 2022

**Via ECF/Email**
The Honorable Karen B. Owens
United states Bankruptcy Court for the District of Delaware
919 North Market Street
Wilmington, DE 19801

> Re: *In re Gulf Coast Health Care, LLC*, Bankr. D. Del.,
> Case No.21-11336 (KBO)

Your Honor:

In light of the notice yesterday that the court is prepared to issue its ruling on confirmation of the *Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No. 934] (the "Plan") this afternoon at 3:30 p.m. (ET), I am writing to inform you of two recent developments that have taken place and been brought to our attention since the conclusion of the hearing last week.

It was reported on Monday that Omega Healthcare Investors, Inc. had sold the majority of its Gulf Coast Health Care facilities for a profit of approximately $113.5 million.[1] This highly profitable sale is suspicious given the current bear market for nursing homes.[2] We ask the court to take judicial notice of the Omega Sale Article, so that it may be considered in the court's ruling. *See* 1 *Weinstein's Federal Evidence* § 201.12 (2021) ("A court may also take judicial notice of facts reported in newspaper articles if the facts are 'capable of a sufficiently accurate and ready determination.'").

Additionally, last night Health Care Navigator, LLC ("HCN") objected to Medline Industries, LP's ("Medline") motion to reopen the case ("Motion") to seek to unseal a complaint filed against certain of the Schwartzberg entities in *In re New Louisiana Holdings, LLC*, Case No. 14-50756 (Bankr. W.D. La. June 25, 2014). *See New Louisiana*, Docket No. 1606, attached hereto as Exhibit 2. As you may be aware, many of the parties in this case are also involved in other bankruptcy cases in other forums, including *New Louisiana*. Medline, a member of the Committee in both this case and *New Louisiana,* has alleged that the Schwartzberg family has engaged in a

---

[1] *See* Alex Zorn, *Omega Completes Sale of 22 Gulf Coast Health Care SNFs for $318m*, Skilled Nursing News (May 2, 2022), https://skillednursingnews.com/2022/05/omega-completes-sale-of-22-gulf-coast-health-care-snfs-for-318m/ (the "Omega Sale Article"), attached hereto as Exhibit 1.

[2] *See, e.g.,* Eli Cahan and Laura Romero, *Facing Labor Shortages and Cost Hikes, Many Long-Term Care Facilities are Shuttering*, Yahoo! News (May 3, 2022, 5:10 am) https://www.yahoo.com/gma/facing-labor-shortages-cost-hikes-091001276.html.

pattern of fraud across multiple nursing homes to pilfer their assets, and then forced them into bankruptcy to have unsecured creditors absorb the losses. *See New Louisiana*, Docket No. 1595. Medline believes that viewing the unsealed complaint in adversary proceeding no. 16-AP-05013 will help them prove their argument. *Id*. That court has set a hearing to decide this motion for May 10, 2022 at 2:30 p.m, at which point the sealed complaint may become available to all parties in this case and the Court. *See New Louisiana*, Docket No. 1600.

Thank you for your time and consideration of the above matters.

                                        Best regards,

                                        */s/ R. Stephen McNeill*

                                        R. Stephen McNeill

CC:

| | |
|---|---|
| Emily Keil, Esq.<br>ekeil@mwe.com | Douglas Candeub, Esq.<br>dcandeub@morrisjames.com |
| Jason D. Gerstein, Esq.<br>jgerstein@mwe.com | Joseph McMahon, Esq.<br>Joseph.mcmahon@usdoj.gov |
| Daniel M. Simon, Esq.<br>dmsimon@mwe.com | Benjamin R. Keck, Esq.<br>bkeck@rlklawfirm.com |
| Katharine Suominen, Esq.<br>ksuominen@mwe.com | Taner Thurman, Esq.<br>tthurman@rlklawfirm.com |
| David R. Hurst, Esq.<br>dhurst@mwe.com | Jamie L. Edmonson, Esq.<br>jedmonson@rc.com |
| Dara Cooley, Esq.<br>dc@daracooleylaw.com | Nancy A. Peterman, Esq.<br>petermann@gtlaw.com |