**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re: | Chapter 11 |
| GULF COAST HEALTH CARE, LLC, *et al.*,[1] | Case No. 21-11336 (KBO) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 18, 2022 AT 11:00 A.M. (EASTERN TIME)
<u>BEFORE THE HONORABLE KAREN B. OWENS</u>**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

**<u>MATTER WITH ORDER ENTERED</u>**

1.  Motion of Debtors for Entry of Order Further Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 (Filed April 12, 2022) [Docket No. 1111]

    Related Documents:

    (a) Certification of No Objection Regarding Motion of Debtors for Entry of Order Further Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 (Filed 4/28/22) [Docket No. 1203]

    (b) Order Further Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 (Filed 4/28/22) [Docket No. 1205]

    Responses Received:  None

    Objection Deadline:  April 26, 2022 at 4:00 p.m. (ET)

---

[1] The last four digits of Gulf Coast Health Care, LLC's federal tax identification number are 9281. There are 62 Debtors in these chapter 11 cases, which cases are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/GulfCoastHealthCare. The location of Gulf Coast Health Care, LLC's corporate headquarters and the Debtors' service address is 40 South Palafox Place, Suite 400, Pensacola, FL 32502.

<u>Status</u>:    This matter will not be going forward.  The Court has entered an order granting the Motion.

Dated: Wilmington, Delaware
       May 16, 2022

**MCDERMOTT WILL & EMERY LLP**

<u>*/s/ David R. Hurst*</u>
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:    (302) 351-8711
Email:        dhurst@mwe.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:    (312) 984-7700
Email:        dmsimon@mwe.com
              ekeil@mwe.com

*Counsel for Debtors and Debtors-in-Possession*