# Exhibit A

**Duplicative Claims**

| Duplicate Claim to be Disallowed | | | | | Surviving Claim | | | | | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Claim # | Date Filed | Debtor | Disallowed Asserted Amount and Classification | Name | Claim # | Date Filed | Debtor | Surviving Asserted Amount and Classification | |
| CORDOVA REHAB LLC | 20333 | 12/23/2021 | Pensacola Administrative Services, LLC | Secured ($49,412,454.87) | DELTA HEALTH GROUP LLC | 20350 | 12/23/2021 | Gulf Coast Health Care, LLC | Secured ($49,412,454.87) | Creditor asserts precisely the same claim against different debtors. |
| CORDOVA REHAB LLC | 20336 | 12/23/2021 | Gulf Coast Master Tenant I, LLC | Secured ($49,412,454.87) | | | | | | |
| CORDOVA REHAB LLC | 20339 | 12/23/2021 | Gulf Coast Master Tenant II, LLC | Secured ($49,412,454.87) | | | | | | |
| CORDOVA REHAB LLC | 20342 | 12/23/2021 | HUD Facilities, LLC | Secured ($49,412,454.87) | | | | | | |
| CORDOVA REHAB LLC | 20345 | 12/23/2021 | Gulf Coast Facilities, LLC | Secured ($49,412,454.87) | | | | | | |
| CORDOVA REHAB LLC | 20348 | 12/23/2021 | Florida Facilities, LLC | Secured ($49,412,454.87) | | | | | | |
| CORDOVA REHAB LLC | 20351 | 12/23/2021 | Gulf Coast Health Care, LLC | Secured ($49,412,454.87) | | | | | | |
| CORDOVA REHAB LLC | 20354 | 12/23/2021 | GCH Management Services, LLC | Secured ($49,412,454.87) | | | | | | |
| CORDOVA REHAB LLC | 20357 | 12/23/2021 | Gulf Coast Master Tenant Holdings, LLC | Secured ($49,412,454.87) | | | | | | |
| DELTA HEALTH GROUP LLC | 20341 | 12/23/2021 | HUD Facilities, LLC | Secured ($49,412,454.87) | | | | | | |
| DELTA HEALTH GROUP LLC | 20332 | 12/23/2021 | Pensacola Administrative Services, LLC | Secured ($49,412,454.87) | | | | | | |
| DELTA HEALTH GROUP LLC | 20335 | 12/23/2021 | Gulf Coast Master Tenant I, LLC | Secured ($49,412,454.87) | | | | | | |
| DELTA HEALTH GROUP LLC | 20338 | 12/23/2021 | Gulf Coast Master Tenant II, LLC | Secured ($49,412,454.87) | | | | | | |
| DELTA HEALTH GROUP LLC | 20344 | 12/23/2021 | Gulf Coast Facilities, LLC | Secured ($49,412,454.87) | | | | | | |
| DELTA HEALTH GROUP LLC | 20347 | 12/23/2021 | Florida Facilities, LLC | Secured ($49,412,454.87) | | | | | | |
| DELTA HEALTH GROUP LLC | 20353 | 12/23/2021 | GCH Management Services, LLC | Secured ($49,412,454.87) | | | | | | |
| DELTA HEALTH GROUP LLC | 20356 | 12/23/2021 | Gulf Coast Master Tenant Holdings, LLC | Secured ($49,412,454.87) | | | | | | |
| HOUSING AND HEALTHCARE FINANCE LLC | 20689 | 1/7/2022 | Gulf Coast Master Tenant II, LLC | Secured ($19,727,770.95) | HOUSING AND HEALTHCARE FINANCE LLC | 20726 | 1/7/2022 | Gulf Coast Facilities, LLC | Secured ($19,727,770.95) | Creditor asserts precisely the same claim against different debtors. |
| HOUSING AND HEALTHCARE FINANCE LLC | 20697 | 1/7/2022 | MS Lakeside, LLC | Secured ($19,727,770.95) | | | | | | |
| HOUSING AND HEALTHCARE FINANCE LLC | 20703 | 1/7/2022 | MS Singing, LLC | Secured ($19,727,770.95) | | | | | | |
| HUMANA INC, ET AL | 30005 | 1/26/2022 | Brevard Oaks Center, LLC | Admin (Unliquidated) | HUMANA INC, ET AL | 30011 | 1/26/2022 | Gulf Coast Health Care, LLC | Admin (Unliquidated) | Creditor asserts precisely the same claim against different debtors. |
| HUMANA INC, ET AL | 30006 | 1/26/2022 | FL HUD Destin, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30007 | 1/26/2022 | FL HUD Margate, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30008 | 1/26/2022 | FL HUD Pensacola, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30009 | 1/26/2022 | FL HUD Rosewood, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30010 | 1/26/2022 | FL HUD Silvercrest, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30012 | 1/26/2022 | MF Debary, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30013 | 1/26/2022 | MF Halifax, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30014 | 1/26/2022 | MF Lake Eustis, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30015 | 1/26/2022 | MF Longwood, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30016 | 1/26/2022 | MF Oakwood, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30017 | 1/26/2022 | MF Winter Park, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30018 | 1/26/2022 | MS Greenbough, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30019 | 1/26/2022 | MS HUD Boyington, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30020 | 1/26/2022 | MS HUD Dixie, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30021 | 1/26/2022 | MS HUD Ocean Springs, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30022 | 1/26/2022 | MS HUD Pine View, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30023 | 1/26/2022 | MS Lakeside, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30024 | 1/26/2022 | MS Shelby, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30025 | 1/26/2022 | MS Singing, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30026 | 1/26/2022 | NF Brynwood, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30027 | 1/26/2022 | NF Chipola, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30028 | 1/26/2022 | NF Glen Cove, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30029 | 1/26/2022 | NF Manor, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30030 | 1/26/2022 | NF Nine Mile, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30031 | 1/26/2022 | NF Panama, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30032 | 1/26/2022 | NF Pensacola Manor, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30033 | 1/26/2022 | NF Suwannee, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30034 | 1/26/2022 | NF Windsor, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30035 | 1/26/2022 | SC-GA2018 Cobblestone Rehabilitation and Healthcare Center, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30036 | 1/26/2022 | SF Berkshire, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30037 | 1/26/2022 | SF Boynton, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30038 | 1/26/2022 | SF Brevard, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30039 | 1/26/2022 | SF Carnegie, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30040 | 1/26/2022 | SF Glen Oaks, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30041 | 1/26/2022 | SF Kissimmee, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30042 | 1/26/2022 | SF Lake Placid ALF, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30043 | 1/26/2022 | SF Lake Placid, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30044 | 1/26/2022 | SF Salerno, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, ET AL | 30045 | 1/26/2022 | FL HUD Baybreeze, LLC | Admin (Unliquidated) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 336 | 12/22/2021 | Brevard Oaks Center, LLC | Secured ($14,463.65) | HUMANA INC, HUMANA INSURANCE CO, ET AL | 334 | 12/22/2021 | Gulf Coast Health Care, LLC | Secured ($323,575.92) | The surviving claim specifically states the asserted amount is the cumulative amount of each individual debtor. |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 337 | 12/22/2021 | FL HUD Baybreeze, LLC | Secured ($8,132.36) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 338 | 12/22/2021 | FL HUD Destin, LLC | Secured ($2,495.28) | | | | | | |

| Duplicate Claim to be Disallowed | | | | | Surviving Claim | | | | | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Claim # | Date Filed | Debtor | Disallowed Asserted Amount and Classification | Name | Claim # | Date Filed | Debtor | Surviving Asserted Amount and Classification | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 339 | 12/22/2021 | FL HUD Margate, LLC | Secured ($2,017.68) | HUMANA INC, HUMANA INSURANCE CO, ET AL | 334 | 12/22/2021 | Gulf Coast Health Care, LLC | Secured ($323,575.92) | The surviving claim specifically states the asserted amount is the cumulative amount of each individual debtor. |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 340 | 12/22/2021 | FL HUD Rosewood, LLC | Secured ($2,699.53) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 341 | 12/22/2021 | MF Debary, LLC | Secured ($461.96) | HUMANA INC, HUMANA INSURANCE CO, ET AL | 334 | 12/22/2021 | Gulf Coast Health Care, LLC | Secured ($323,575.92) | The surviving claim specifically states the asserted amount is the cumulative amount of each individual debtor. |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 342 | 12/22/2021 | MF Longwood, LLC | Secured ($1,453.92) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 343 | 12/22/2021 | MF Oakwood, LLC | Secured ($30,266.35) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 344 | 12/22/2021 | MF Winter Park, LLC | Secured ($1,170.18) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 345 | 12/22/2021 | MS Greenbough, LLC | Secured ($8,706.56) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 346 | 12/22/2021 | MS HUD Boyington, LLC | Secured ($19,101.74) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 347 | 12/22/2021 | MS HUD Dixie, LLC | Secured ($286.61) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 348 | 12/22/2021 | MS HUD Ocean Springs, LLC | Secured ($3,676.07) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 349 | 12/22/2021 | MS HUD Pine View, LLC | Secured ($17,830.14) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 350 | 12/22/2021 | MS Lakeside, LLC | Secured ($1,887.3) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 351 | 12/22/2021 | MS Shelby, LLC | Secured ($128.56) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 352 | 12/22/2021 | MS Singing, LLC | Secured ($22,137.95) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 353 | 12/22/2021 | NF Brynwood, LLC | Secured ($2,010.62) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 354 | 12/22/2021 | NF Chipola, LLC | Secured ($3,503.76) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 355 | 12/22/2021 | NF Manor, LLC | Secured ($2,351.64) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 356 | 12/22/2021 | NF Nine Mile, LLC | Secured ($34,921.56) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 357 | 12/22/2021 | NF Pensacola Manor, LLC | Secured ($16,500) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 358 | 12/22/2021 | NF Suwannee, LLC | Secured ($3,011.68) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 359 | 12/22/2021 | NF Windsor, LLC | Secured ($60,252.55) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 360 | 12/22/2021 | SC-GA2018 Cobblestone Rehabilitation and Healthcare Center, LLC | Secured ($888.56) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 361 | 12/22/2021 | SF Boynton, LLC | Secured ($16,102.09) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 362 | 12/22/2021 | SF Brevard, LLC | Secured ($33,204.91) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 363 | 12/22/2021 | SF Glen Oaks, LLC | Secured ($2,900) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 364 | 12/22/2021 | SF Kissimmee, LLC | Secured ($662.71) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 365 | 12/22/2021 | SF Lake Placid, LLC | Secured ($8,700) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 366 | 12/22/2021 | SF Salerno, LLC | Secured ($1,650) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 499 | 1/6/2022 | NF Panama, LLC | Secured (Unliquidated) | HUMANA INC, HUMANA INSURANCE CO, ET AL | 498 | 1/6/2022 | MF Halifax, LLC | Secured (Unliquidated) | Creditor asserts precisely the same claim against different debtors. |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 500 | 1/6/2022 | NF Glen Cove, LLC | Secured (Unliquidated) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 501 | 1/6/2022 | SF Carnegie, LLC | Secured (Unliquidated) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 502 | 1/6/2022 | SF Lake Placid ALF, LLC | Secured (Unliquidated) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 503 | 1/6/2022 | FL HUD Silvercrest, LLC | Secured (Unliquidated) | | | | | | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 504 | 1/6/2022 | MF Lake Eustis, LLC | Secured (Unliquidated) | | | | | | |

| Duplicate Claim to be Disallowed | | | | | Surviving Claim | | | | | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Claim # | Date Filed | Debtor | Disallowed Asserted Amount and Classification | Name | Claim # | Date Filed | Debtor | Surviving Asserted Amount and Classification | |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 505 | 1/6/2022 | FL HUD Pensacola, LLC | Secured (Unliquidated) | HUMANA INC, HUMANA INSURANCE CO, ET AL | 498 | 1/6/2022 | MF Halifax, LLC | Secured (Unliquidated) | Creditor asserts precisely the same claim against different debtors. |
| HUMANA INC, HUMANA INSURANCE CO, ET AL | 506 | 1/6/2022 | SF Kissimmee, LLC | Secured (Unliquidated) | | | | | | |
| MANAGED CARE CONSULTANTS OF FLORIDA INC | 40002 | 1/5/2022 | Gulf Coast Health Care, LLC | 503(b)(9) ($1,500.00) | MANAGED CARE CONSULTANTS OF FLORIDA INC | 40003 | 1/5/2022 | Gulf Coast Health Care, LLC | 503(b)(9) ($1,500.00) | Creditor asserts precisely the same claim against the same debtor. |
| PENSACOLA HEALTH TRUST LLC | 20334 | 12/23/2021 | Pensacola Administrative Services, LLC | Secured ($49,412,454.87) | DELTA HEALTH GROUP LLC | 20350 | 12/23/2021 | Gulf Coast Health Care, LLC | Secured ($49,412,454.87) | Creditor asserts precisely the same claim against different debtors. |
| PENSACOLA HEALTH TRUST LLC | 20337 | 12/23/2021 | Gulf Coast Master Tenant I, LLC | Secured ($49,412,454.87) | | | | | | |
| PENSACOLA HEALTH TRUST LLC | 20340 | 12/23/2021 | Gulf Coast Master Tenant II, LLC | Secured ($49,412,454.87) | | | | | | |
| PENSACOLA HEALTH TRUST LLC | 20343 | 12/23/2021 | HUD Facilities, LLC | Secured ($49,412,454.87) | | | | | | |
| PENSACOLA HEALTH TRUST LLC | 20346 | 12/23/2021 | Gulf Coast Facilities, LLC | Secured ($49,412,454.87) | | | | | | |
| PENSACOLA HEALTH TRUST LLC | 20349 | 12/23/2021 | Florida Facilities, LLC | Secured ($49,412,454.87) | | | | | | |
| PENSACOLA HEALTH TRUST LLC | 20352 | 12/23/2021 | Gulf Coast Health Care, LLC | Secured ($49,412,454.87) | | | | | | |
| PENSACOLA HEALTH TRUST LLC | 20355 | 12/23/2021 | GCH Management Services, LLC | Secured ($49,412,454.87) | | | | | | |
| PENSACOLA HEALTH TRUST LLC | 20358 | 12/23/2021 | Gulf Coast Master Tenant Holdings, LLC | Secured ($49,412,454.87) | | | | | | |
| ROSTCHILD, KADIJAH | 20330 | 1/13/2022 | Gulf Coast Health Care, LLC | Priority ($3,149.58) | ROSTCHILD, KADIJAH | 20743 | 1/13/2022 | Gulf Coast Health Care, LLC | Priority ($3,149.58) | Creditor asserts precisely the same claim against the same debtor. |
| SUPERIOR MEDICAL STAFFING LLC | 40040 | 1/30/2022 | MF Lake Eustis, LLC | Admin ($1,363.77) | SUPERIOR MEDICAL STAFFING LLC | 40042 | 1/30/2022 | MF Lake Eustis, LLC | Admin ($1,363.77) | Creditor asserts precisely the same claim against the same debtor. |
| WW GRAINGER INC | 96 | 11/19/2021 | FL HUD Baybreeze, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | WW GRAINGER INC | 95 | 11/19/2021 | Gulf Coast Health Care, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | Creditor asserts precisely the same claim against different debtors. |
| WW GRAINGER INC | 97 | 11/19/2021 | FL HUD Destin, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 98 | 11/19/2021 | FL HUD Pensacola, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 99 | 11/19/2021 | FL HUD Rosewood, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 100 | 11/19/2021 | MF Lake Eustis, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 101 | 11/19/2021 | MF Winter Park, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 102 | 11/19/2021 | MS Greenbough, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 103 | 11/19/2021 | MS HUD Boyington, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 104 | 11/19/2021 | MS HUD Ocean Springs, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 105 | 11/19/2021 | MS Shelby, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 106 | 11/19/2021 | MS Singing, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 107 | 11/19/2021 | NF Pensacola Manor, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 108 | 11/19/2021 | NF Suwannee, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 109 | 11/19/2021 | NF Windsor, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 110 | 11/19/2021 | SF Brevard, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 111 | 11/19/2021 | SF Kissimmee, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 112 | 11/19/2021 | SF Lake Placid ALF, LLC | 503(b)(9) ($4,155.27) General Unsecured ($10,256.78) | | | | | | |
| WW GRAINGER INC | 113 | 11/19/2021 | SF Lake Placid, LLC | 503(b)(9) ($4,155.27) | | | | | | |